```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 14280
    OTIS BATTLE
    SHEILA BATTLE                               CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-4759      SSN XXX-XX-6043


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 11/02/2006 and was confirmed 02/22/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors    .00%.

      The case was converted to chapter 7 after confirmation 03/06/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE LLC   CURRENT MORTG          .00            .00       14501.80
CHASE HOME FINANCE LLC   MORTGAGE ARRE     22888.05            .00        1970.89
FORD MOTOR CREDIT        SECURED VEHIC      4372.91          91.72        1013.51
SPRINT                   UNSECURED         NOT FILED           .00            .00
SPRINT PCS               UNSECURED         NOT FILED           .00            .00
AMEX                     UNSECURED         NOT FILED           .00            .00
ANTHONY M MARINELL MD    UNSECURED         NOT FILED           .00            .00
SBC                      UNSECURED          1026.87            .00            .00
AT & T                   UNSECURED           699.70            .00            .00
VILLAGE RADIOLOGY LTD    UNSECURED         NOT FILED           .00            .00
VILLAGE RADIOLOGY LTD    UNSECURED         NOT FILED           .00            .00
WEST SUBURBAN PHYSICIAN  UNSECURED         NOT FILED           .00            .00
WEST SUBURBAN PHYSICIAN  UNSECURED         NOT FILED           .00            .00
WEST SUBURBAN PHYSICIAN  UNSECURED         NOT FILED           .00            .00
FEINGOLD & LEVY          UNSECURED         NOT FILED           .00            .00
FEINGOLD & LEVY          UNSECURED         NOT FILED           .00            .00
LINEBARGER GOGGAN BLAIR  UNSECURED         NOT FILED           .00            .00
LINEBARGER GOGGAN BLAIR  UNSECURED         NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED           483.50            .00            .00
FIRST NATIONAL COLLECTIO UNSECURED         NOT FILED           .00            .00
INTERNATIONAL PORTFOLIO  UNSECURED          1680.28            .00            .00
RIVER FOREST DENTAL CTR  UNSECURED         NOT FILED           .00            .00
TRS RECOVERY SVC         SPECIAL CLASS     NOT FILED           .00            .00
WORLD FINANCIAL NETWORK  UNSECURED           403.31            .00            .00
WOLPOFF & ABRAMSON LLP   UNSECURED         NOT FILED           .00            .00
LAUSEN LAW GROUP LLC     UNSECURED          2000.00            .00            .00
PIERCE & ASSOC           NOTICE ONLY       NOT FILED           .00            .00
CITY OF CHICAGO PARKING  SPECIAL CLASS      1070.00            .00            .00
CHASE MANHATTAN MTG CORP UNSECURED         NOT FILED           .00            .00
INTERNAL REVENUE SERVICE SPECIAL CLASS      1074.81            .00            .00
PIERCE & ASSOCIATES      SPECIAL CLASS     NOT FILED           .00            .00
INTERNAL REVENUE SERVICE PRIORITY           1920.52            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 14280 OTIS BATTLE & SHEILA BATTLE
```

```
ILLINOIS DEPT OF REV     PRIORITY          641.60              .00              .00
ILLINOIS DEPT OF REV     UNSECURED          71.16              .00              .00
LAUSEN LAW GROUP LLC     DEBTOR ATTY     2,000.00                            293.38
TOM VAUGHN               TRUSTEE                                           1,224.16
DEBTOR REFUND            REFUND                                                 .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  19,095.46

PRIORITY                                             .00
SECURED                                        17,486.20
    INTEREST                                       91.72
UNSECURED                                            .00
ADMINISTRATIVE                                    293.38
TRUSTEE COMPENSATION                            1,224.16
DEBTOR REFUND                                        .00
                         ---------------     ---------------
TOTALS                   19,095.46              19,095.46
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 06/23/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE